IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | * | |
| JAMAL MCRAE, | * | BANKRUPTCY CASE |
|    Debtor, | * | NO. 22-50004-MJK |
| | * | |
| SOUTH CENTRAL TRUCK SALES, INC., | * | |
|    Creditor, | * | JUDGE MICHELE J. KIM |
| | * | CHAPTER 13 |
| vs. | * | |
| | * | |
| JAMAL MCRAE, Debtor and | * | |
| M. ELAINA MASSEY, as Trustee, | * | |
|    Respondents. | * | |

## OBJECTION TO CONFIRMATION

COMES NOW SOUTH CENTRAL TRUCK SALES, INC., (hereinafter referred to as "SCTS"), a creditor of the above-named Debtor and files this its Objection to Confirmation, showing to this Court as follows:

1.

SCTS is a secured creditor of the Debtor, holding a duly perfected security interest in a certain 2011 Toyota Avalon.

2.

Pursuant to 11 U.S.C. §1325, a vehicle purchased within 910 days preceding the date of the filing of the petition, and collateral for that debt consists of a motor vehicle acquired for personal use of the debtors, said claim shall not be valued under 11 U.S.C. §506. In the case at hand, the collateral was purchased on **December 13, 2021**, is a purchase money security interest and is used for debtor's personal use. Therefore, SCTS would assert its claim should be allowed as fully secured.

3.

SCTS has reason to believe that the Debtor will be unable to propose and maintain a confirmable plan. This bankruptcy is a bad faith filing. Debtor, Jamal McRae, purchased the vehicle on December 13, 2021, and filed for bankruptcy relief on January 4, 2022, without ever paying the first payment that was

[3928159/1]
4889-5639-0154, v. 1

due.

4.

SCTS shows that its claim should be paid debt at contract rate of interest.

5.

The Debtor's plan proposed to treat SCTS with an allowed secured claim of $14,000.00 at 4.00%.

6.

The Debtor's plan states the monthly payment to SCTS is to be $270.00.

7.

The Debtor's plan proposes a monthly preconfirmation adequate protection payment of $70.00. SCTS states that this amount is insufficient and requests $100.00 a month as preconfirmation adequate protection.

8.

Debtor's plan proposes that upon discharge of the Debtor, titles to all vehicles, free of creditors' liens, shall be returned to the Debtor.

9.

SCTS states that upon completion of payments of the secured debt and discharge, SCTS shall release lien on said vehicle.

10.

The Debtor's plan is not confirmable for the following reasons: (1) the plan does not comply with the provisions of the Bankruptcy Code and is not a feasible plan. The plan exceeds the maximum permissible length allowed by law pursuant to 11 U.S.C. § 1322(c); and (2) the plan has not been provided in good faith. The motivation of the Debtor and the sincerity in seeking relief under the provisions of Chapter 13 are suspect at best. The circumstances under which the Debtor has filed this bankruptcy demonstrate the Debtor's lack of good faith. The case as filed violates 11 U.S.C. § 1325.

WHEREFORE, SCTS prays that confirmation be denied and deny additional time within which to file an amendment.

DATED this 19th day of January, 2022.

COLEMAN TALLEY LLP

/s/ Mark A. Gilbert
Mark A. Gilbert
Attorney for Creditor
State Bar No. 293797

P.O. Box 5437
Valdosta, GA 31603-5437
229-242-7562
mark.gilbert@colemantalley.com

[3928159/1]
4889-5639-0154, v. 1

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing "Objection to Confirmation" by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to insure delivery and/or electronic noticing upon the following:

Jamal McRae
179 Bent Tree Circle
Douglas, GA 31535

Franklin D. Hayes, Attorney at Law - ECF

M. Elaina Massey, Chapter 13 Trustee - ECF

This 19th day of January, 2022.

COLEMAN TALLEY LLP

/s/ Mark A. Gilbert
Mark A. Gilbert
Attorney for Creditor
State Bar No. 293797

P.O. Box 5437
Valdosta, GA 31603-5437
229-242-7562
mark.gilbert@colemantalley.com

[3928159/1]
4889-5639-0154, v. 1