## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:

Jamal Mcrae
179 Bent Tree Circle
Douglas, GA 31535
SSN: XXX-XX-5731

Debtor(s)

Chapter 13
Case No.22-50004-MJK

## TRUSTEE'S MOTION TO CONFIRM AS AMENDED

Trustee moves that Debtor's(s') plan be confirmed.  The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11.  The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will pay not less than _____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☐ Raise payments/extend plan as follows:

☐ Change valuation(s) as follows:

☒ Allow/Modify/Disallow claims as follows:
South Central Truck sales- f1s @ 5%, $100/APP.

☐ Other:

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given this 29th Day of March, 2022.

_____
Debtor's Counsel

_____
Chapter 13 Trustee / Attorney

_____
Debtor

_____
Debtor

_____
Creditor's Counsel   Kayla Barnes Ga. Bar No. 301948

_____
Creditor's Counsel

MEM