**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

IN THE MATTER OF:

Jamal Mcrae
179 Bent Tree Circle
Douglas, GA  31535
Social Security No.:   XXX-XX-5731

Chapter 13
Case No. 22-50004-MJK

Debtor(s)

## TRUSTEE'S MOTION TO INCREASE PAYMENTS
## TO FUND CHAPTER 13 PLAN

  Now comes M. Elaina Massey, Chapter 13 Trustee and pursuant to 11 U.S.C § 1329, hereby shows this Honorable Court the following:

  Pursuant to 11 U.S.C. §1329, M. Elaina Massey, Chapter 13 Trustee, hereby requests that the Court require the referenced Debtor to increase payments in order to fund the Chapter 13 plan.  In support of this motion, the Trustee illustrates the following:

1. Debtor's Chapter 13 plan was filed January 04, 2022 with proposed payments of $405.00. The plan was confirmed on March 29, 2022.

2. The Trustee reviewed the case subsequent to the governmental bar date and an increase to $549.00 is necessary to fund the plan as proposed by the debtor.

  WHEREFORE, the Trustee respectfully requests that the court set a hearing on this matter and that if necessary, the Debtor(s) be required to increase the plan payments in order to fund the Chapter 13 plan.

  Respectfully submitted, this 22nd day of August, 2022.

/s/ *M. Elaina Massey*
_____
M. Elaina Massey
Chapter 13 Trustee
Georgia Bar No. 016118

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that copies of this motion, proposed order and notice have been forwarded by first-class mail, postage prepaid, to the above-named debtor(s) and the by notice of electronic filing for the following Electronic Filing Users on  22nd day of August, 2022.

cc:  Franklin D Hayes
     Po Box 2377
     Douglas, GA 31534

/s/ Tammy  Dykes
_____
for the Office of the Chapter 13 Trustee
P.O. Box 1717
Brunswick, GA 31521

TCD