# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of:<br><br>Jamal Mcrae<br>179 Bent Tree Circle<br>Douglas, GA  31535<br>Social Security No.:   XXX-XX-5731<br><br>Debtor(s) | Chapter 13<br>Case No. 22-50004-MJK |

## ORDER ON TRUSTEE'S MOTION TO INCREASE PAYMENTS

Upon consideration of the motion of the Chapter 13 Trustee to increase the Debtor's plan payments in order to fund the chapter 13 plan:

IT IS HEREBY ORDERED:

☑  that Debtor's plan payments are increased to $549.00 beginning September, 2022.

☐  that the Debtor(s) are placed on Strict Compliance for _____ months, beginning _____.

**[END OF DOCUMENT]**

**Prepared by:**

s/ M. Elaina Massey
M. Elaina Massey
Chapter 13 Trustee
Bar Number 016118
P.O. Box 1717
Brunswick, GA 31521-1717
(912) 466-9787

**Consented to by:**

_____
FRANKLIN D HAYES
Attorney for Debtor(s)
Bar Number 339910 GA
PO BOX 2377
DOUGLAS, GA, 31534
(912) 383-6132

_____
Debtor(s)

_____
Debtor(s)

_____
M. Elaina Massey
Chapter 13 Trustee
Bar Number 016118
208 Scranton Connector, Ste 113
Brunswick, GA 31525
(912) 466-9787

TCD